

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jason Garms,                              * From the 220th District Court
                                            of Comanche County,
                                            Trial Court No. 23017.

Vs. No. 11-19-00015-CV                    * December 18, 2020

Comanche County,                          * Memorandum Opinion by Trotter, J.
                                            (Panel consists of: Bailey, C.J.,
                                            Trotter, J., and Wright, S.C.J.,
                                            sitting by assignment)
                                            (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.